435 A.2d 912

Commonwealth v. Garcia, Appellant.
Petition for Allowance of Appeal Denied Nov. 13, 1981.

Submitted June 13, 1980. Kevin J. Kelleher, for appellant; Christopher T. Spadoni, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, HOFFMAN, and CIRILLO, JJ.*

Order affirmed.